50

84 A.3d 322

**Kermit NICHOLSON, Petitioner**

v.

**Hon. Judge Arnold L. NEW, Respondent.**

**No. 175 EM 2013.**

Supreme Court of Pennsylvania.

Jan. 17, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of January, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.

84 A.3d 322

**Craig WOODARD, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.**

**No. 174 EM 2013.**

Supreme Court of Pennsylvania.

Jan. 17, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of January, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**